1/20/70  Filed 1.MOTION OF DEF. LOCAL 174 TO CONSOLIDATED PRETRIAL PROCEEDINGS 2.BRIEF IN SUPPORT OF MOTION TO CONSOLIDATE: 3.AFFIDAVIT IN SUPPORT OF MOTION FOR CONSOLIDATED PRETRIAL PROCEEDINGS: AND 4.NOTICE OF MOTION.

1/27/70  2 Filed PLAINTIFF'S RESPONSE TO AVERMENTS IN DEF.'S MOTION TO CONSOLIDATED w/Affidavit of Service.

2/3/70  HEARING ORDER - New York on 2/27/70 at 9:30 a.m. (Copies to Judges & Hearing Clerk
2/3/70  Mailed NOTICE OF HEARING to counsel.

2/18/70  3 OPPOSITION TO TRANSFER BY Pl. Iowa Beef Packers, Inc.

3/18/70  ENTERED PER CURIAM OPINION AND ORDER DENYING MOTION FOR TRANSFER.

PER CURIAM Opinion and Order filed 3/18/70 Cited as 309 F.Supp. 1259

DOCKET NO. 33

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## Description of Litigation

MULTIDISTRICT LABOR LITIGATION INVOLVING IOWA BEEF PACKERS, INC. AND AMALGAMATED MEATCUTTERS AND BUTCHER WORKMEN OF NORTH AMERICA

*MOTION DENIED - 3/18/70*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Iowa Beef Packers, Inc. v. Amalgamated Meatcutters & Butcher Workmen of North America, et al. | New Jersey 1353-69 | Coolahan | | |
| A-2 | Iowa Beef Packers, Inc. v. Amalgamated Meatcutters & Butcher Workmen of North American, et al. | New Jersey C-1539-69 | Whipple | | |
| A-3 | Iowa Beef Packers, Inc. v. Amalgamated Meatcutters and Butcher Workmen of North America, et al. | New York, S. 69 C 4916 | | | |
| A-4 | Iowa Beef Packers, Inc. v. Amalgamated Meatcutters & Butcher Workmen of North America, et al. | New York, E. 69 C 1406 | Mishler | | |
| A-5 | Iowa Beef Packers, Inc. v. Amalgamated Meatcutters and Butcher Workmen of North America, et al. | Calif., C. 70-98-IH | Hill | | |

DOCKET NO. 33

## ATTORNEY LIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### DESCRIPTION OF LITIGATION

MULTIDISTRICT LABOR LITIGATION INVOLVING IOWA BEEF PACKERS, INC. AND AMALGAMATE MEATCUTTERS AND BUTCHER WORKMEN OF NORTH AMERICA

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 | Jeffrey R. Lowe, Esquire<br>744 Broad Street<br>Newark, New Jersey  07102<br><br>Martin F. Payson, Esquire<br>Jackson, Lewis, Schnitzler & Krupman<br>11 West 42nd Street<br>New York, New York  10036 | Nicholas H. Politan, Esquire<br>Kreiger, Chodash & Politan<br>921 Bergen Avenue<br>Jersey City, New Jersey  07306<br><br>Stavis, Richardson, Koenigsberg<br>  & Rossmoore<br>744 Broad Street<br>Newark, New Jersey  07102 |
| A-2 | Same as A-1 above (Lowe) | Same as A-1 above (Politan) |
| A-3 | Same as A-1 above (Payson) | LOCAL 174<br>   Same as A-1 above (Politan)<br><br>AMALGAMATED MEATUCTTERS<br>   Cammer & Shapiro<br>   9 E 40th Street<br>   New York, New York  10016 |
| A-4 | Same as A-1 above (Payson) | LOCAL 342<br>   Herbert A. Simon, Esquire<br>   99 West Hawthorne Avenue<br>   Valley Stream, New York 11580<br><br>AMALGAMATED MEATCUTTERS<br>   Same as A-3 above |
| A-5 | McLaughlin & Irvin<br>655 South Hope St., Suite 700<br>Los Angeles, California 90017 | |